# EXHIBIT 8

**NOVACLOUD V. AMAZON**
**EXHIBIT 8: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| [1Pre]: 1. A method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising: | To the extent that the preamble is limiting, Amazon practices this claim limitation. Amazon performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising" the steps described below.<br><br>For example, Amazon operates a method as claimed through its use of Amazon Route 53 within a fixed access communication network, as shown below. Route 53 selects from a plurality of edge nodes (e.g., IP addresses of resources), also shown below.<br><br>Amazon Route 53 is a highly available and scalable Domain Name System (DNS) web service. You can use Route 53 to perform three main functions in any combination: domain registration, DNS routing, and health checking.<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/Welcome.html<br><br>**Traffic Flow**<br>Easy-to-use and cost-effective global traffic management: route end users to the best endpoint for your application based on geoproximity, latency, health, and other considerations.<br><br>For more information , see Using Traffic Flow to route DNS traffic.<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/Welcome.html<br><br>**2. Route internet traffic to the resources for your domain**<br>When a user opens a web browser and enters your domain name (example.com) or subdomain name (acme.example.com) in the address bar, Route 53 helps connect the browser with your website or web application.<br>• For an overview, see How internet traffic is routed to your website or web application.<br>• For procedures, see Configuring Amazon Route 53 as your DNS service.<br>• For a procedure on how to route email to Amazon WorkMail, see Routing traffic to Amazon WorkMail.<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/Welcome.html |
| [1a]: at a selection node, receiving from a host entity | Amazon practices this claim limitation. Amazon performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… at a selection node, receiving from a host entity a request for a network service." |

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| a request for a network service; | For example, Amazon's Route 53 functions as a selection node that receives service requests from host entities via Domain Name System (DNS) as shown below.<br><br>When you open a browser and go to a website, you don't have to remember and enter a long string of characters like that. Instead, you can enter a domain name like example.com and still end up in the right place. A DNS service such as Amazon Route 53 helps to make that connection between domain names and IP addresses.<br><br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/welcome-dns-service.html<br><br>**2. Route internet traffic to the resources for your domain**<br>When a user opens a web browser and enters your domain name (example.com) or subdomain name (acme.example.com) in the address bar, Route 53 helps connect the browser with your website or web application.<br>• For an overview, see How internet traffic is routed to your website or web application.<br>• For procedures, see Configuring Amazon Route 53 as your DNS service.<br>• For a procedure on how to route email to Amazon WorkMail, see Routing traffic to Amazon WorkMail.<br><br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/Welcome.html |

**NOVACLOUD V. AMAZON**
**EXHIBIT 8: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| | After you configure Amazon Route 53 to route your internet traffic to your resources, such as web servers or Amazon S3 buckets, here's what happens in just a few milliseconds when someone requests content for www.example.com:   **Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/welcome-dns-service.html<br><br>1. A user opens a web browser, enters www.example.com in the address bar, and presses Enter.<br>2. The request for www.example.com is routed to a DNS resolver, which is typically managed by the user's internet service provider (ISP), such as a cable internet provider, a DSL broadband provider, or a corporate network.<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/welcome-dns-service.html<br><br>When you create a record, you choose a routing policy, which determines how Amazon Route 53 responds to queries:<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/routing-policy.html |

**NOVACLOUD V. AMAZON**
**EXHIBIT 8: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Amazon Accused Instrumentality(ies) |
| --- | --- |
| [1b]: obtaining, from a dynamically updated database, data comprising information relating to the status and capabilities of each edge node of the plurality of edge nodes; | Amazon practices this claim limitation. Amazon performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… obtaining, from a dynamically updated database, data comprising information relating to the status and capabilities of each edge node of the plurality of edge nodes."<br><br>For example, data comprising information about endpoint status and performance is obtained by Amazon's Route 53's health check and monitoring system which dynamically updates and aggregates this data, as shown below.<br><br>**3. Check the health of your resources**<br>Route 53 sends automated requests over the internet to a resource, such as a web server, to verify that it's reachable, available, and functional. You also can choose to receive notifications when a resource becomes unavailable and choose to route internet traffic away from unhealthy resources.<br>• For an overview, see How Amazon Route 53 checks the health of your resources.<br>• For procedures, see Creating Amazon Route 53 health checks .<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/Welcome.html<br><br>Amazon Route 53 health checks monitor the health of your resources such as web servers and email servers. You can optionally configure Amazon CloudWatch alarms for your health checks, so that you receive notification when a resource becomes unavailable.<br><br>Here's an overview of how health checking works if you want to be notified when a resource becomes unavailable:<br><br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/welcome-health-checks.html |

| Claim | Amazon Accused Instrumentality(ies) |
| --- | --- |
| | 1. You create a health check and specify values that define how you want the health check to work, such as the following:<br>• The IP address or domain name of the endpoint, such as a web server, that you want Route 53 to monitor. (You can also monitor the status of other health checks, or the state of a CloudWatch alarm.)<br>• The protocol that you want Amazon Route 53 to use to perform the check: HTTP, HTTPS, or TCP.<br>• How often you want Route 53 to send a request to the endpoint. This is the *request interval*.<br>• How many consecutive times the endpoint must fail to respond to requests before Route 53 considers it unhealthy. This is the *failure threshold*.<br>• Optionally, how you want to be notified when Route 53 detects that the endpoint is unhealthy. When you configure notification, Route 53 automatically sets a CloudWatch alarm. CloudWatch uses Amazon SNS to notify users that an endpoint is unhealthy.<br>2. Route 53 starts to send requests to the endpoint at the interval that you specified in the health check.<br>If the endpoint responds to the requests, Route 53 considers the endpoint to be healthy and takes no action.<br>3. If the endpoint doesn't respond to a request, Route 53 starts to count the number of consecutive requests that the endpoint doesn't respond to:<br>• If the count reaches the value that you specified for the failure threshold, Route 53 considers the endpoint unhealthy.<br>• If the endpoint starts to respond again before the count reaches the failure threshold, Route 53 resets the count to 0, and CloudWatch doesn't contact you.<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/welcome-health-checks.html<br><br>If you have multiple resources that perform the same function, for example, web servers or database servers, and you want Route 53 to route traffic only to the resources that are healthy, you can configure DNS failover by associating a health check with each record for that resource. If a health check determines that the underlying resource is unhealthy, Route 53 routes traffic away from the associated record.<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/welcome-health-checks.html<br><br>Route 53 has health checkers in locations around the world. When you create a health check that monitors an endpoint, health checkers start to send requests to the endpoint that you specify to determine whether the endpoint is healthy. You can choose which locations you want Route 53 to use, and you can specify the interval between checks: every 10 seconds or every 30 seconds. Note that Route 53 health checkers in different data centers don't coordinate with one another, so you'll sometimes see several requests per second regardless of the interval you chose, followed by a few seconds with no health checks at all.<br>Each health checker evaluates the health of the endpoint based on two values:<br>• Response time. A resource can be slow to respond or can fail to respond to a health check request for a variety of reasons. For example, the resource is shut down for maintenance, it's under a distributed denial of service (DDoS) attack, or the network is down.<br>• Whether the endpoint responds to a number of consecutive health checks that you specify (the failure threshold)<br>Route 53 aggregates the data from the health checkers and determines whether the endpoint is healthy:<br>• If more than 18% of health checkers report that an endpoint is healthy, Route 53 considers it healthy.<br>• If 18% of health checkers or fewer report that an endpoint is healthy, Route 53 considers it unhealthy.<br>The 18% value was chosen to ensure that health checkers in multiple regions consider the endpoint healthy. This prevents an endpoint from being considered unhealthy only because network conditions have isolated the endpoint from some health-checking locations. This value might change in a future release.<br>The response time that an individual health checker uses to determine whether an endpoint is healthy depends on the type of health check:<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/dns-failover-determining-health-of-endpoints.html |

**NOVACLOUD V. AMAZON**
**EXHIBIT 8: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

<table>
<tr><th>Claim</th><th>Amazon Accused Instrumentality(ies)</th></tr>
<tr><td></td><td>
When you create a record, you choose a routing policy, which determines how Amazon Route 53 responds to queries:<br>
• Simple routing policy – Use for a single resource that performs a given function for your domain, for example, a web server that serves content for the example.com website. You can use simple routing to create records in a private hosted zone.<br>
• Failover routing policy – Use when you want to configure active-passive failover. You can use failover routing to create records in a private hosted zone.<br>
• Geolocation routing policy – Use when you want to route traffic based on the location of your users. You can use geolocation routing to create records in a private hosted zone.<br>
• Geoproximity routing policy – Use when you want to route traffic based on the location of your resources and, optionally, shift traffic from resources in one location to resources in another location. You can use geoproximity routing to create records in a private hosted zone.<br>
• Latency routing policy – Use when you have resources in multiple AWS Regions and you want to route traffic to the Region that provides the best latency. You can use latency routing to create records in a private hosted zone.<br>
• IP-based routing policy – Use when you want to route traffic based on the location of your users, and have the IP addresses that the traffic originates from.<br>
• Multivalue answer routing policy – Use when you want Route 53 to respond to DNS queries with up to eight healthy records selected at random. You can use multivalue answer routing to create records in a private hosted zone.<br>
• Weighted routing policy – Use to route traffic to multiple resources in proportions that you specify. You can use weighted routing to create records in a private hosted zone.<br>
Source: https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/routing-policy.html<br>


Source: https://aws.plainenglish.io/getting-started-with-aws-what-i-wish-i-knew-before-deploying-my-first-app-e2d02af9e0ec
</td></tr>
</table>

**NOVACLOUD V. AMAZON**
**EXHIBIT 8: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| | |
| [1c]: on the basis of the retrieved data, selecting an edge node from the plurality of edge nodes, the selected edge node providing a path between the host entity and the requested network service; and | Amazon practices this claim limitation. Amazon performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… on the basis of the retrieved data, selecting an edge node from the plurality of edge nodes, the selected edge node providing a path between the host entity and the requested network service."<br><br>For example, Amazon's Route 53 uses the retrieved health and routing data to select which edge node to return, where the edge node provides a path between the host entity and the requested service, as shown below.<br><br>If you have multiple resources that perform the same function, for example, web servers or database servers, and you want Route 53 to route traffic only to the resources that are healthy, you can configure DNS failover by associating a health check with each record for that resource. If a health check determines that the underlying resource is unhealthy, Route 53 routes traffic away from the associated record.<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/welcome-health-checks.html<br><br>When you create a record, you choose a routing policy, which determines how Amazon Route 53 responds to queries:<br>• **Simple routing policy** – Use for a single resource that performs a given function for your domain, for example, a web server that serves content for the example.com website. You can use simple routing to create records in a private hosted zone.<br>• **Failover routing policy** – Use when you want to configure active-passive failover. You can use failover routing to create records in a private hosted zone.<br>• **Geolocation routing policy** – Use when you want to route traffic based on the location of your users. You can use geolocation routing to create records in a private hosted zone.<br>• **Geoproximity routing policy** – Use when you want to route traffic based on the location of your resources and, optionally, shift traffic from resources in one location to resources in another location. You can use geoproximity routing to create records in a private hosted zone.<br>• **Latency routing policy** – Use when you have resources in multiple AWS Regions and you want to route traffic to the Region that provides the best latency. You can use latency routing to create records in a private hosted zone.<br>• **IP-based routing policy** – Use when you want to route traffic based on the location of your users, and have the IP addresses that the traffic originates from.<br>• **Multivalue answer routing policy** – Use when you want Route 53 to respond to DNS queries with up to eight healthy records selected at random. You can use multivalue answer routing to create records in a private hosted zone.<br>• **Weighted routing policy** – Use to route traffic to multiple resources in proportions that you specify. You can use weighted routing to create records in a private hosted zone.<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/routing-policy.html |

**NOVACLOUD V. AMAZON**
**EXHIBIT 8: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Amazon Accused Instrumentality(ies) |
| --- | --- |
| | Amazon Route 53 health checks monitor the health of your resources such as web servers and email servers. You can optionally configure Amazon CloudWatch alarms for your health checks, so that you receive notification when a resource becomes unavailable.<br><br>Here's an overview of how health checking works if you want to be notified when a resource becomes unavailable:<br><br><br><br><br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/welcome-health-checks.html |

**NOVACLOUD V. AMAZON**
**EXHIBIT 8: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Amazon Accused Instrumentality(ies) |
| --- | --- |
| | After you configure Amazon Route 53 to route your internet traffic to your resources, such as web servers or Amazon S3 buckets, here's what happens in just a few milliseconds when someone requests content for www.example.com:<br><br><br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/welcome-dns-service.html |
| [1d]: sending a response to the host entity, the response including information identifying the selected edge node. | Amazon practices this claim limitation. Amazon performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… sending a response to the host entity, the response including information identifying the selected edge node."<br><br>For example, Amazon's Route 53 sends DNS responses to the host entity containing the IP address of the selected edge node, as shown below. |

**NOVACLOUD V. AMAZON**
**EXHIBIT 8: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| | 6. The Route 53 name server looks in the example.com hosted zone for the www.example.com record, gets the associated value, such as the IP address for a web server, 192.0.2.44, and returns the IP address to the DNS resolver.<br>7. The DNS resolver finally has the IP address that the user needs. The resolver returns that value to the web browser.<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/welcome-dns-service.html<br><br><br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/welcome-health-checks.html |

**NOVACLOUD V. AMAZON**
**EXHIBIT 8: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| | After you configure Amazon Route 53 to route your internet traffic to your resources, such as web servers or Amazon S3 buckets, here's what happens in just a few milliseconds when someone requests content for www.example.com:<br><br><br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/welcome-dns-service.html |

**NOVACLOUD V. AMAZON**
**EXHIBIT 8: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| | **2. Route internet traffic to the resources for your domain**<br>When a user opens a web browser and enters your domain name (example.com) or subdomain name (acme.example.com) in the address bar, Route 53 helps connect the browser with your website or web application.<br>• For an overview, see How internet traffic is routed to your website or web application.<br>• For procedures, see Configuring Amazon Route 53 as your DNS service.<br>• For a procedure on how to route email to Amazon WorkMail, see Routing traffic to Amazon WorkMail.<br>**Source:** https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/Welcome.html |

4925-0513-4958