# EXHIBIT 9

## NOVACLOUD V. AMAZON
## EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| [1Pre]: A method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising the steps of: | To the extent that the preamble is limiting, Amazon practices this claim limitation. Amazon performs " method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising" the steps described below.<br><br>For example, Amazon uses a multi-tier network architecture to route client requests efficiently. Incoming global traffic first hits AWS Global Accelerator, which sends it over the AWS global network to the nearest region. Then, Application Load Balancers (ALBs) distribute requests to the appropriate backend targets, such as Amazon EC2 instances. The ALBs can provide sticky sessions to maintain a consistent client connection through the ALBs.<br><br>When you create an Application Load Balancer or Network Load Balancer in the AWS Management Console, you can optionally add an accelerator at the same time. Elastic Load Balancing and Global Accelerator work together to transparently add the accelerator for you. The accelerator is created in your account, with the load balancer as an endpoint. Using an accelerator provides static IP addresses and improves the availability and performance of your applications. (Learn more about accelerators by reading What is AWS Global Accelerator?.)<br><br>**Source:** https://docs.aws.amazon.com/global-accelerator/latest/dg/about-accelerators.alb-accelerator.html |

1

**NOVACLOUD V. AMAZON**

**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| | **What is AWS Global Accelerator?**<br><br>AWS Global Accelerator is a service in which you create *accelerators* to improve the performance of your applications for local and global users. Depending on the type of accelerator you choose, you can gain additional benefits:<br><br>• With a standard accelerator, you can improve availability of your internet applications that are used by a global audience. With a standard accelerator, Global Accelerator directs traffic over the AWS global network to endpoints in the nearest Region to the client.<br><br>**Source:** https://docs.aws.amazon.com/pdfs/global-accelerator/latest/dg/global-accelerator-guide.pdf<br><br>An Application Load Balancer functions at the application layer, the seventh layer of the Open Systems Interconnection (OSI) model. After the load balancer receives a request, it evaluates the listener rules in priority order to determine which rule to apply, and then selects a target from the target group for the rule action. You can configure listener rules to route requests to different target groups based on the content of the application traffic. Routing is performed independently for each target group, even when a target is registered with multiple target groups. You can configure the routing algorithm used at the target group level. The default routing algorithm is round robin; alternatively, you can specify the least outstanding requests routing algorithm.<br><br>**Source:** https://docs.aws.amazon.com/elasticloadbalancing/latest/application/introduction.html |

**NOVACLOUD V. AMAZON**

**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) | |
|---|---|---|
| | Elastic Load Balancing works with the following services to improve the availability and scalability of your applications.<br><br>• **Amazon EC2** — Virtual servers that run your applications in the cloud. You can configure your load balancer to route traffic to your EC2 instances.<br><br>**Source:** *Id.* | |

3

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) | |
|---|---|---|
| | *Stickiness* is a term that is used to describe the functionality of a load balancer to repeatedly route traffic from a client to a single destination, instead of balancing the traffic across multiple destinations. For example, traffic from client A can be continually routed to a specific server, so that server can maintain session state data. If traffic from client A is routed to two distinct servers, each server might be missing important information that's available to the other server.<br><br>Therefore, it's often necessary to maintain a consistent client connection through a load balancer. There are two types of stickiness: sticky sessions and target group stickiness.<br><br>&bull; **Sticky sessions** – Maintaining local session data in an Amazon Elastic Compute Cloud (Amazon EC2) instance to simplify application architecture or to improve application performance, because the instance can maintain or cache the session state information locally. AWS currently offers two types of sticky sessions, which this guide discusses in detail: application cookies and load balancer cookies.<br><br>**Source:** https://docs.aws.amazon.com/prescriptive-guidance/latest/load-balancer-stickiness/welcome.html | |

4

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| | To understand how Global Accelerator works, let's first review a few of the key terms used when deploying an accelerator: <br><br> Accelerator – When you deploy Global Accelerator, you create a configuration for deployment known as an accelerator. <br><br> Listener – When you configure an accelerator, you must configure at least one listener to process inbound connections from clients to the accelerator, based on the protocol and port. <br><br> Endpoint Group – Endpoint groups define the different AWS Regions where your application is deployed. <br><br> Traffic Dial – Configured on an endpoint group to dictate the percentage of traffic an endpoint group can receive. <br><br> Endpoint – An endpoint is an Elastic IP address, Network Load Balancer, or Application Load Balancer that is associated with an endpoint group. <br><br> **Source:** https://aws.amazon.com/blogs/networking-and-content-delivery/traffic-management-with-aws-global-accelerator/ |

5

## NOVACLOUD V. AMAZON
### EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
|  | <br><br>**Source**: https://aws.amazon.com/blogs/networking-and-content-delivery/well-architecting-online-applications-with-cloudfront-and-aws-global-accelerator/ |

6

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| [1a]: receiving a first packet of an existing flow for which at least a second packet has already been received, at a static first level packet distribution module; | Amazon practices this claim limitation. Amazon performs " method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising…receiving a first packet of an existing flow for which at least a second packet has already been received, at a static first level packet distribution module [….]"<br><br>For example, AWS' Global Accelerator operates as a stateless, first-level packet distribution module that receives packets for ongoing client flows and maintains flow consistency using hashing over connection attributes.<br><br>**Standard accelerator**<br><br>By using a standard accelerator, you can improve the availability and performance of your applications running on Application Load Balancers, Network Load Balancers, or Amazon EC2 instances. With a standard accelerator, Global Accelerator routes client traffic across regional endpoints based on geo-proximity and endpoint health. It<br><br>**Source:** https://docs.aws.amazon.com/global-accelerator/latest/dg/introduction-how-it-works.html<br><br>Global Accelerator uses a consistent-flow hashing algorithm to choose the optimal endpoint for a user's connection. If you configure client affinity for your Global Accelerator resource to be **None**, Global Accelerator uses the 5-tuple properties—source IP, source port, destination IP, destination port, and protocol—to select the hash value. Next, it chooses the endpoint that provides the best performance. If a given client uses<br><br>**Source:** https://docs.aws.amazon.com/global-accelerator/latest/dg/about-listeners-client-affinity.html |

## NOVACLOUD V. AMAZON
## EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| | To understand how Global Accelerator works, let's first review a few of the key terms used when deploying an accelerator: <br><br> Accelerator – When you deploy Global Accelerator, you create a configuration for deployment known as an accelerator. <br><br> Listener – When you configure an accelerator, you must configure at least one listener to process inbound connections from clients to the accelerator, based on the protocol and port. <br><br> Endpoint Group – Endpoint groups define the different AWS Regions where your application is deployed. <br><br> Traffic Dial – Configured on an endpoint group to dictate the percentage of traffic an endpoint group can receive. <br><br> Endpoint – An endpoint is an Elastic IP address, Network Load Balancer, or Application Load Balancer that is associated with an endpoint group. <br><br> **Source:** https://aws.amazon.com/blogs/networking-and-content-delivery/traffic-management-with-aws-global-accelerator/ |

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| |  |
| | **Source**: https://aws.amazon.com/blogs/networking-and-content-delivery/well-architecting-online-applications-with-cloudfront-and-aws-global-accelerator/ |

9

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| [1b]: statically selecting a group of servers, from among a plurality of groups of the servers, for the first packet of the flow with the static first level packet distribution module, wherein statically selecting the group of servers does not involve using state that assigns the first packet of the flow to the selected group of servers; | Amazon practices this claim limitation. Amazon performs " method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising…statically selecting a group of servers, from among a plurality of groups of the servers, for the first packet of the flow with the static first level packet distribution module, wherein statically selecting the group of servers does not involve using state that assigns the first packet of the flow to the selected group of servers […..]" <br><br> For example, AWS' Global Accelerator statically selects a target group endpoint, such as an Application Load Balancer in a particular AWS Region, using a deterministic hash of the connection tuple and routing policy. When a client continues an existing connection, Global Accelerator receives subsequent packets of that connection and directs them according to its configured, stateless client-affinity behavior. <br><br> **Standard accelerator** <br><br> By using a standard accelerator, you can improve the availability and performance of your applications running on Application Load Balancers, Network Load Balancers, or Amazon EC2 instances. With a standard accelerator, Global Accelerator routes client traffic across regional endpoints based on geo-proximity and endpoint health. It <br><br> **Source:** https://docs.aws.amazon.com/global-accelerator/latest/dg/introduction-how-it-works.html <br><br> Global Accelerator uses a consistent-flow hashing algorithm to choose the optimal endpoint for a user's connection. If you configure client affinity for your Global Accelerator resource to be **None**, Global Accelerator uses the 5-tuple properties—source IP, source port, destination IP, destination port, and protocol—to select the hash value. Next, it chooses the endpoint that provides the best performance. If a given client uses |

10

**NOVACLOUD V. AMAZON**

**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| | **Source:** https://docs.aws.amazon.com/global-accelerator/latest/dg/about-listeners-client-affinity.html<br><br>To understand how Global Accelerator works, let's first review a few of the key terms used when deploying an accelerator:<br><br>Accelerator – When you deploy Global Accelerator, you create a configuration for deployment known as an accelerator.<br><br>Listener – When you configure an accelerator, you must configure at least one listener to process inbound connections from clients to the accelerator, based on the protocol and port.<br><br>Endpoint Group – Endpoint groups define the different AWS Regions where your application is deployed.<br><br>Traffic Dial – Configured on an endpoint group to dictate the percentage of traffic an endpoint group can receive.<br><br>Endpoint – An endpoint is an Elastic IP address, Network Load Balancer, or Application Load Balancer that is associated with an endpoint group.<br><br>**Source:** https://aws.amazon.com/blogs/networking-and-content-delivery/traffic-management-with-aws-global-accelerator/ |

11

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| |  |
| | **Source**: https://aws.amazon.com/blogs/networking-and-content-delivery/well-architecting-online-applications-with-cloudfront-and-aws-global-accelerator/ |

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| [1c]: distributing the first packet of the flow to a distributed stateful second level packet distribution system, wherein the distributed stateful second level packet distribution system is implemented on hardware that is distinct from hardware used to implement the static first level packet distribution module; | Amazon practices this claim limitation. Amazon performs "a method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising…distributing the first packet of the flow to a distributed stateful second level packet distribution system, wherein the distributed stateful second level packet distribution system is implemented on hardware that is distinct from hardware used to implement the static first level packet distribution module […]"<br><br>For example, AWS' Application Load Balancer (ALB) is a distributed, stateful, application-layer load balancer that spans multiple Availability Zones by creating network interfaces in each enabled zone. It receives traffic from AWS Global Accelerator and performs second-level packet distribution while maintaining flow state. ALBs run on hardware distinct from Global Accelerator.<br><br>A *load balancer* serves as the single point of contact for clients. The load balancer distributes incoming application traffic across multiple targets, such as EC2 instances, in multiple Availability Zones. This increases the availability of your application. You add one or more listeners to your load balancer.<br><br>**Source:** https://docs.aws.amazon.com/elasticloadbalancing/latest/application/introduction.html |

13

## NOVACLOUD V. AMAZON
### EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| |  **Source:** https://cloudviz.io/blog/aws-alb-vs-nlb-which-load-balancer-should-you-use |

14

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| |  **Source**: https://aws.amazon.com/blogs/networking-and-content-delivery/well-architecting-online-applications-with-cloudfront-and-aws-global-accelerator/ |

15

**NOVACLOUD V. AMAZON**

**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) | |
|---|---|---|
| | When you use an Application Load Balancer with a load balancer generated cookie:<br><br>• The Application Load Balancer uses the target group weight to determine how to balance the incoming traffic between the target groups.<br><br>• By default, the Application Load Balancer uses the round robin method to route requests to the EC2 instances in the destination target group.<br><br>After traffic has been initially routed to an instance, subsequent traffic will stick to that EC2 instance for a specified duration.<br><br>**Template:** Use the AWS CloudFormation template `stickysessionslb.yml` (included in the sample code .zip file) to try out sticky sessions with load balancer generated cookies.<br><br>**Source:** https://docs.aws.amazon.com/prescriptive-guidance/latest/load-balancer-stickiness/alb-cookies-stickiness.html | |

16

NOVACLOUD V. AMAZON
EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867

| Claim | Amazon Accused Instrumentality(ies) | |
|---|---|---|
| | Duration-based stickiness routes requests to the same target in a target group using a load balancer generated cookie (AWSALB). The cookie is used to map the session to the target. If your application does not have its own session cookie, you can specify your own stickiness duration and manage how long your load balancer should consistently route the user's request to the same target.<br><br>When a load balancer first receives a request from a client, it routes the request to a target (based on the chosen algorithm), and generates a cookie named AWSALB. It encodes information about the selected target, encrypts the cookie, and includes the cookie in the response to the client. The load balancer generated cookie has its own expiry of 7 days which is non-configurable.<br><br>**Source**: https://docs.aws.amazon.com/elasticloadbalancing/latest/application/edit-target-group-attributes.htm | |

17

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| [1d]: statefully selecting a server of the selected group of servers that is to process the first packet of the flow with the distributed stateful second level packet distribution system by accessing state that assigns processing of packets of the flow to the selected server; and | Amazon practices this claim limitation. Amazon performs " method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising…statefully selecting a server of the selected group of servers that is to process the first packet of the flow with the distributed stateful second level packet distribution system by accessing state that assigns processing of packets of the flow to the selected server [….]" <br><br> For example, AWS' Application Load Balancer (ALB) is a distributed, stateful, application-layer load balancer that spans multiple Availability Zones by creating network interfaces in each enabled zone . It receives traffic from AWS Global Accelerator and performs second-level packet distribution while maintaining flow state. ALBs run on hardware distinct from Global Accelerator. An ALB uses an initial load-balancing algorithm to place the first request. It then enables session stickiness by setting an encrypted cookie so that subsequent requests from the same client are routed back to the original EC2 target. The ALB maintains this session mapping via the cookie information, preserving stickiness regardless of the initial routing algorithm. <br><br> A *load balancer* serves as the single point of contact for clients. The load balancer distributes incoming application traffic across multiple targets, such as EC2 instances, in multiple Availability Zones. This increases the availability of your application. You add one or more listeners to your load balancer. <br><br> **Source:** https://docs.aws.amazon.com/elasticloadbalancing/latest/application/introduction.html |

18

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| | If we go into more detail, each availability zone you enable for the ALB actually creates one instance for that specific ALB. As you can see below, we have enabled the ALB in 3 public subnets to distribute traffic to EC2 instances, and 3 network interfaces have been created (one in each enabled subnet):<br><br><br><br>**Source:** https://cloudviz.io/blog/aws-alb-vs-nlb-which-load-balancer-should-you-use |

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| | **Source**: https://aws.amazon.com/blogs/networking-and-content-delivery/well-architecting-online-applications-with-cloudfront-and-aws-global-accelerator/<br><br>When you use an Application Load Balancer with a load balancer generated cookie:<br><br>• The Application Load Balancer uses the target group weight ⧉ to determine how to balance the incoming traffic between the target groups.<br><br>• By default, the Application Load Balancer uses the round robin method to route requests to the EC2 instances in the destination target group.<br><br>After traffic has been initially routed to an instance, subsequent traffic will stick to that EC2 instance for a specified duration.<br><br>**Template:** Use the AWS CloudFormation template `stickysessionslb.yml` (included in the sample code .zip file) to try out sticky sessions with load balancer generated cookies.<br><br>**Source:** https://docs.aws.amazon.com/prescriptive-guidance/latest/load-balancer-stickiness/alb-cookies-stickiness.html |

20

## NOVACLOUD V. AMAZON
## EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867

| Claim | Amazon Accused Instrumentality(ies) | |
|---|---|---|
| | Duration-based stickiness routes requests to the same target in a target group using a load balancer generated cookie (AWSALB). The cookie is used to map the session to the target. If your application does not have its own session cookie, you can specify your own stickiness duration and manage how long your load balancer should consistently route the user's request to the same target.<br><br>When a load balancer first receives a request from a client, it routes the request to a target (based on the chosen algorithm), and generates a cookie named AWSALB. It encodes information about the selected target, encrypts the cookie, and includes the cookie in the response to the client. The load balancer generated cookie has its own expiry of 7 days which is non-configurable.<br><br>**Source**: https://docs.aws.amazon.com/elasticloadbalancing/latest/application/edit-target-group-attributes.htm | |

21

## NOVACLOUD V. AMAZON
## EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| [1e]: distributing the first packet of the flow to the selected server. | Amazon practices this claim limitation. Amazon performs " method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising…distributing the first packet of the flow to the selected server." <br><br> For example, AWS' Application Load Balancer (ALB) is a distributed, stateful, application-layer load balancer that spans multiple Availability Zones by creating network interfaces in each enabled zone . It receives traffic from AWS Global Accelerator and performs second-level packet distribution while maintaining flow state. ALBs run on hardware distinct from Global Accelerator. An ALB uses an initial load-balancing algorithm to place the first request. It then enables session stickiness by setting an encrypted cookie so that subsequent requests from the same client are routed back to the original EC2 target. The ALB maintains this session mapping via the cookie information, preserving stickiness regardless of the initial routing algorithm. <br><br> A *load balancer* serves as the single point of contact for clients. The load balancer distributes incoming application traffic across multiple targets, such as EC2 instances, in multiple Availability Zones. This increases the availability of your application. You add one or more listeners to your load balancer. <br><br> **Source:** https://docs.aws.amazon.com/elasticloadbalancing/latest/application/introduction.html |

22

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
| | If we go into more detail, each availability zone you enable for the ALB actually creates one instance for that specific ALB. As you can see below, we have enabled the ALB in 3 public subnets to distribute traffic to EC2 instances, and 3 network interfaces have been created (one in each enabled subnet):<br><br><br><br>**Source:** https://cloudviz.io/blog/aws-alb-vs-nlb-which-load-balancer-should-you-use |

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) |
|---|---|
|  |  **Source**: https://aws.amazon.com/blogs/networking-and-content-delivery/well-architecting-online-applications-with-cloudfront-and-aws-global-accelerator/ |

24

**NOVACLOUD V. AMAZON**

**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) | |
|---|---|---|
| | When you use an Application Load Balancer with a load balancer generated cookie:<br><br>• The Application Load Balancer uses the target group weight ⤴ to determine how to balance the incoming traffic between the target groups.<br><br>• By default, the Application Load Balancer uses the round robin method to route requests to the EC2 instances in the destination target group.<br><br>After traffic has been initially routed to an instance, subsequent traffic will stick to that EC2 instance for a specified duration.<br><br>**Template:** Use the AWS CloudFormation template `stickysessionslb.yml` (included in the sample code .zip file) to try out sticky sessions with load balancer generated cookies.<br><br>**Source:** https://docs.aws.amazon.com/prescriptive-guidance/latest/load-balancer-stickiness/alb-cookies-stickiness.html | |

25

**NOVACLOUD V. AMAZON**
**EXHIBIT 9: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Amazon Accused Instrumentality(ies) | |
|---|---|---|
| | Duration-based stickiness routes requests to the same target in a target group using a load balancer generated cookie ( AWSALB ). The cookie is used to map the session to the target. If your application does not have its own session cookie, you can specify your own stickiness duration and manage how long your load balancer should consistently route the user's request to the same target.<br><br>When a load balancer first receives a request from a client, it routes the request to a target (based on the chosen algorithm), and generates a cookie named AWSALB . It encodes information about the selected target, encrypts the cookie, and includes the cookie in the response to the client. The load balancer generated cookie has its own expiry of 7 days which is non-configurable.<br><br>**Source**: https://docs.aws.amazon.com/elasticloadbalancing/latest/application/edit-target-group-attributes.htm | |

26