

April 8, 2026

**VIA E-FILING**
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

> **Re:** ***NovaCloud Licensing LLC v. Amazon.com, Inc. & Amazon Web Services, Inc.,***
> **C.A. No. 25-cv-01272-MN**

Dear Judge Noreika,

In advance of the April 14, 2026 Scheduling Conference, the parties met and conferred and narrowed their disputes. The parties have agreed to a schedule leading to a trial in September 2028. The parties have also agreed to a procedure for joint claim construction (*see* Section 13) by which Amazon and Meta (C.A. 25-674-MN) would submit joint claim construction briefing and coordinate claim construction proceedings across the two cases to reduce burden on the Court.

The following substantive disputes remain between the parties: 8(d)(i) (Interrogatories), 8(e)(i) (Limitation on Hours for Deposition Discovery), and 8(e)(vi) (Depositions of Expert Witnesses). The parties' amended Proposed Scheduling Order is attached with the parties' competing proposals bolded.

> **Dispute 1:** Paragraphs 8(d)(i) & 8(e)(i)

Plaintiff's proposals are based on the instant case alleging infringement of a total of *six* patents and on this Court routinely extending discovery limits imposed by the Federal Rules of Civil Procedure in cases involving several patents. *See, e.g., Adeia Techs., Inc. et al. v. The Walt Disney Co. et al.,* No. 24-1231 (MN), D.I. 25 (Feb. 21, 2025) (allowing 150 hours of depositions and 30 interrogatories in a 6-patent case); *Boston Dynamics, Inc. v. Ghost Robotics Corp.*, No. 24-184 (MN), D.I. 18 (May 20, 2024) (allowing 100 hours of depositions in a 5-patent case); *Gilead Science, Inc. et al. v. Lupin Ltd et al.,* No. 21-1621 (MN), D.I. 28 (Apr. 12, 2022) (allowing for 150 hours of depositions in a 4-patent case).

Amazon bases its proposals on the Court's default and standard procedures, as set forth in the Court's most recent scheduling orders for cases involving as many as nine patents. *Compare P Tech LLC v. Arthrex, Inc.,* No. 21-968 (MN), D.I. 39 at 4 (Jan. 6, 2026) (25 interrogatories, 80 total hours for party *and* non-party depositions); *STM Mgmt. Pty Ltd. v. Pioneer Square Brands, Inc.,* No. 25-971 (MN), D.I. 21 at 4 (Jan. 6, 2026) (25 interrogatories, 70 total hours); *Neurelis, Inc. v. Padagis LLC et al.,* No. 24-562 (MN), D.I. 97 at 5 (Nov. 13, 2025) (25 interrogatories, 60 total hours); *SAP SE et al. v. Trayport Ltd.,* No. 25-1041 (MN), D.I. 79 at 5 (Oct. 3, 2025) (25 interrogatories, 70 total hours); *VB Assets, LLC v. SoundHound AI, Inc.,* No. 24-1279 (MN), D.I. 51 at 4 (Sept. 23, 2025) (25 interrogatories, 95 total hours); *AGS Lighting Mgmt. LLC v. Jesco Lighting Group, LLC,* No. 25-141 (MN), D.I. 29 at 2–3 (Sept. 17, 2025) (25 interrogatories, 50 total hours); and *VB Assets, LLC v. Amazon.com Services LLC,* No. 24-839 (MN) ("*VB Assets II*"),

D.I. 19 at 4 (Dec. 9, 2024) (25 interrogatories, 70 total hours) *with Adeia Techs.*, D.I. 24-1 at 1 (30 interrogatories, 150 hours to accommodate discovery from *nine defendants*); *Gilead*, D.I. 21 at 4 (25 interrogatories, joint request in ANDA case involving multiple plaintiffs and defendant companies); and *Ghost Robotics*, D.I. 17 at 5 (25 interrogatories, joint request for expanded hours). Amazon's proposal is also based on the Court's orders following the presumptive 10-deposition limit set out in FRCP 30(a). *See, e.g.*, *STM Mgmt.*, D.I. 21 at 4; ("Subject to the 10 deposition limit in Rule 30(a) . . . each side is limited to a total of 70 hours"); *VB Assets II*, D.I. 19 at 4 ("Each side is limited to a total of <u>70</u> hours . . . comprising no more than <u>10</u> depositions, including non-party depositions").

**Dispute 2:** Paragraph 8(e)(vi)

Plaintiff's proposal is consistent with this District, *Voxer Inc. et al. v. Google LLC et al.,* No. 25-873 (GBW), D.I. 36 (Jan. 8, 2026) (limiting expert depositions to a total of 7 hours), and other cases filed by Plaintiff asserting the same number of patents. *See, e.g.*, *NovaCloud Licensing LLC v. Int'l Bus. Machines Corp.*, No. 25-007 (RSP), D.I. 39 (E.D. Tex. Oct. 10, 2025) (same).

Amazon's proposal of 7 hours of expert deposition per opening or rebuttal report is again based on Amazon's understanding of the standard procedure in this District and the Court's recent orders. *See, e.g.*, *STM Mgmt*, D.I. 21 at 4–5 ("7 hours per witness, per report"); *SoundHound*, D.I. 51 at 5 ("7 hours of deposition per opening or rebuttal expert report (i.e., excluding reply reports)").

We look forward to discussing these issues at the Scheduling Conference.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (Via E-Filing)